# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| GREAT LAKES INSURANCE SE, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 19-00953-CV-W-BCW |
| MICHAEL L. ANDREWS, et al., | ) |
| Defendant(s). | ) |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Plaintiff's motion for summary judgment as to declaratory judgment claims, is hereby GRANTED. It is further

**ORDERED** that

Plaintiff's motion for summary judgment as to defendant's counterclaims, is hereby GRANTED.

| | |
|---|---|
| March 3, 2021 | Paige Wymore-Wynn |
| Date | Clerk |

Entered on   March 3, 2021          /s/ Christy Anderson
                                    (By) Deputy Clerk