IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| GREAT LAKES INSURANCE, S.E. | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Case No. 4:19-CV-00953-BCW |
| | ) | |
| MICHAEL ANDREWS. et. al. | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEAL
## TO THE US COURT OF APPEALS FOR THE 8TH CIRCUIT

**NOTICE IS HEREBY GIVEN** that I, Ray A. Perrin, as Individual Defendant and owner of and for Defendant RAJJ Entertainment Inc. in the above named case, hereby appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 3rd, day of March, 2021.

**Respectfully Submitted,**

The Law Offices of Edward A. Stump, LLC.

Signed: /s/ *Edward A. Stump*
Edward A. Stump MO Bar#57120
Attorney for: Defendant Ray Perrin and RAJJ Entertainment, Inc.
Address: P.O. Box 412602
Kansas City, MO 64141
Phone: (816) 214-5810
Fax: (816) 561-9355
E-mail: law.offices.edstump@gmail.com

ATTORNEY FOR DEFENDANTS PERRIN AND RAJJ ENTERTAINMENT, INC.

## Certificate of Service

I, the undersigned attorney of record for the Defendants (Perrin and RAJJ), hereby certify that a copy of the forgoing was served upon all persons receiving e-notices in this matter via electronic notification and mailed and email on this the 30th day of March, 2021.

HADEN COWHERD & BULLOCK, LLC
Attn: Attorney Phillip Quinn
2135 East Sunshine, Suite 203
Springfield, MO. 65804-1899
Phone: (417) 883-5535
Fax: (816) 883-5541
pquinn@hcblawfirm.com
ATTORNEYS FOR PLAINTIFF

BECKETT & HENSLEY, LC
Attn: Attorney Ted Beckett and Jeff Hensley
2345 Grand Blvd. Suite 1600
Kansas City, MO. 64108
Phone: (816) 471-7500
Tcb@beckettandhensley.com
Jeff@beckettandhensley.com
ATTORNEYS FOR DEFENDANT ANDREWS

By: *Edward A. Stump*
Attorney For Defendants Perrin and RAJJ